UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO STANFORD,

       Petitioner,                       Case No. 4:18-cv-10774
                                             Hon. Matthew F. Leitman

v.

DANIEL LESATZ,

       Respondent.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This is a habeas case under 28 U.S.C. § 2254. Petitioner Ricardo Stanford is a state inmate incarcerated at the Baraga Maximum Correctional Facility in Baraga, Michigan. He filed a *pro se* habeas corpus petition claiming that he is incarcerated in violation of his constitutional rights. On March 13, 2018, the Court issued an Order to Correct Deficiency because Petitioner failed to pay the requisite filing fee or to submit an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a), 28 U.S.C. § 1915, and Rule 3 of the Rules governing § 2254 cases. The Court required Petitioner to correct the deficiency within twenty-one days and cautioned that failure to do so could result in dismissal of the petition. Petitioner has not corrected the deficiency and the time for doing so has expired. The Court will dismiss the petition. This dismissal is without prejudice to Petitioner's right to file another petition in accordance with the applicable Federal and local rules.

Accordingly, the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

                                                s/Matthew F. Leitman  
                                                MATTHEW F. LEITMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated: May 9, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 9, 2018, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda  
                                                Case Manager  
                                                (810) 341-9764